PIETER VELKERS, JR., AND PIETER VELKERS, SR., PLAINTIFFS-RESPONDENTS, v. GLENS FALLS INSURANCE COMPANY, DEFENDANT-RESPONDENT AND CROSS-APPELLANT, AND GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., LTD., *ET AL.*, DEFENDANTS-RESPONDENTS, AND INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DEFENDANT-APPELLANT AND CROSS-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued November 27, 1967—Decided December 11, 1967.

Before Judges SULLIVAN, FOLEY and LEONARD.

*Mr. Mark D. Larner* for respondent, Glens Falls Insurance Company (*Messrs. Budd, Larner, Kent & Gross,* attorneys).

*Mr. John J. Gaffey* for respondent, General Accident Fire & Life Assurance Corp., Ltd. (*Messrs. Gaffey, Webb & Mc-Dermott,* attorneys).

*Mr. Robert J. C. McCoid* for appellant (*Messrs. Schneider & Morgan,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of Judge Mintz, reported at 93 *N. J. Super.* 501 (*Ch. Div.* 1967).